AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  [▼]

| | |
|---|---|
| AMY HEATON AND<br>LINCHPIN INTERNATIONAL, LLC<br><br><br>*Plaintiff(s)*<br>v.<br><br>VANESSA ALZATE;<br>KIRKPATRICK PARTNERS, LLC; AND<br>THE ASSOCIATION FOR TALENT DEVELOPMENT,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   0:26-cv-62041-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Vanessa Alzate
3210 N. University Drive, Apt. #543
Coral Springs, FL 33065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alejandro J. Fernandez, Esq.
Akerman LLP
401 E. Jackson St., Suite 1700
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jul 24, 2026



Angela E. Noble
Clerk of Court

*s/ K. Riles*

Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ▾

| | | |
|---|---|---|
| AMY HEATON AND<br>LINCHPIN INTERNATIONAL, LLC<br><br><br>*Plaintiff(s)*<br>v.<br><br>VANESSA ALZATE;<br>KIRKPATRICK PARTNERS, LLC; AND<br>THE ASSOCIATION FOR TALENT DEVELOPMENT,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   0:26-cv-62041-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kirkpatrick Partners, LLC
c/o Vanessa Alzate, Registered Agent
3210 N. University Drive, Apt. #543
Coral Springs, FL 33065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alejandro J. Fernandez, Esq.
Akerman LLP
401 E. Jackson St., Suite 1700
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Jul 24, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Riles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ▼

| | | |
|---|---|---|
| AMY HEATON AND<br>LINCHPIN INTERNATIONAL, LLC<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>VANESSA ALZATE;<br>KIRKPATRICK PARTNERS, LLC; AND<br>THE ASSOCIATION FOR TALENT DEVELOPMENT,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  0:26-cv-62041-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The Association for Talent Development
> c/o CT Corporation System, Registered Agent
> 4701 Cox Rd., Suite 285
> Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alejandro J. Fernandez, Esq.
> Akerman LLP
> 401 E. Jackson St., Suite 1700
> Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Jul 24, 2026
_____



Angela E. Noble
Clerk of Court

**SUMMONS**
_____

*s/ K. Riles*
_____
Deputy Clerk
U.S. District Courts